Keiyana Fordham Pilson, Esq. (SBN 331699)
Pilson Law Group, P.C.
4601 Lafayette Street, #4476
Santa Clara, CA 95054
(202) 725-7440 | Phone
(408) 884-2407 | Fax
kpilson@pilsonlawgroup.com

*Attorney for Defendant,*
*Hollywood Unlocked, Inc.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MILLER,<br><br>           Plaintiff,<br><br>vs.<br><br>HOLLYWOOD UNLOCKED, INC.<br><br>           Defendant. | CASE NO. 2:20-CV-05936-CBM-JC<br>**DECLARATION OF JASON LEE JOHNSON**<br><br>Date:  **January 5, 2021**<br><br>Time: **10:00 a.m.**<br>.<br>Judge: **Hon. Consuelo B. Marshall** |

I, Jason Lee Johnson, declare as follows:

1. I have personal knowledge of the facts in this declaration and if called to testify, I could and would competently testify to the stated facts.

2. I am the CEO and founder of Hollywood Unlocked, Inc. and Hollywood Unlocked Agency, Inc.

3. I submit this Declaration in support of Defendant's Motion to Dismiss.

2

4. Hollywood Unlocked, Inc. operates an entertainment, news and commentary website, available at www.hollywoodunlocked.com.

5. Hollywood Unlocked Inc. are both privately held corporations that are organized under the laws of the state of Delaware and a principal place of business in Los Angeles, California.

6. The Hollywood Unlocked website has in its terms of service the policies and procedures consistent with the Digital Millennium Copyright Act for submitting takedown notices for any allegedly infringing content posted on the website.

7. I first became aware of Plaintiff's claim for infringement by the filing of this lawsuit. I did not receive any takedown notice.

8. I have no employee or authorized agent by the name of Moss Vartanian, which I understand is the individual who was improperly served with the summons and complaint on behalf of Hollywood Unlocked.

I declare under penalty of perjury under the laws of the United States and the state of California that the foregoing is true and correct. Executed on the 7th day of December, 2020 at Los Angeles, California.

December 7, 2020

*Jason Lee Johnson*
Jason Lee Johnson

3